IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JAMES COX,<br>Defendant. | § § § § § § § § | Cause No. DR-17-CR-0346-AM-1 |

U.S. MARSHALS W/TX RECEIVED
MAY 01 2024
DEL RIO, TX

FILED
MAY 01 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**ORDER**

The Court has been advised that a Magistrate Judge in another state has ordered the Defendant released on bond with certain conditions. That order is VACATED with immediate effect and the United States Marshal is ORDERED to retain custody of the Defendant and tender him to Del Rio, Texas with all deliberate speed.

SIGNED and ENTERED on this 1st day of May 2024.

_____
ALIA MOSES
Chief United States District Judge